STATE OF CONNECTICUT *v.* HERMAN KEEBY

STATE OF CONNECTICUT *v.* LEWELLYN N. BURTON

The motion by the defendants to stay execution and to admit them to bail pending the outcome of their writ of certiorari to the United States Supreme Court is dismissed.

*Kevin W. Conway,* special public defender, in support of the motion.

*Edmund W. O'Brien,* state's attorney, in opposition.

Submitted June 22—decided June 23, 1970

STATE OF CONNECTICUT *v.* CHARLES H. MOGULNICKI

The motion by the defendant for an extension of time to file an assignment of errors to the United States Supreme Court is dismissed.

*Charles H. Mogulnicki,* pro se, on the motion.

Submitted June 15—decided June 29, 1970

CARL F. JOHNSON, JR. *v.* JOHN NEWELL ET AL.

The motion by the plaintiff for permission to amend his draft finding in the appeal from the Superior Court in Fairfield County is denied.

*A. Reynolds Gordon,* in support of the motion.

Submitted July 1—decided July 7, 1970